UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60011-CR-SCOLA/SNOW
21 U.S.C. §846
18 U.S.C. §1503

UNITED STATES OF AMERICA

v.

ANDRE D. BARBARY,
SCOTT W. BARNES,
KIM G. CARSWELL,
WILLIE J. HARTFIELD,
NATHANIEL HOLT, JR.,
ROBERT J. JACKSON,
TAMIKA L. JASPER-BARBARY,
ROBERT "BOB" LESPINASSE
and
MONICA I. LEWIS
_____________________________/

FILED by ago D.C.
JAN 12 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**SEALED INDICTMENT**

The Grand Jury Charges that:

**COUNT ONE**

Beginning on or about January 1, 2000, and continuing through on or about the date of this Indictment, in Broward County, Miami-Dade County, and Palm Beach County, in the Southern District of Florida and elsewhere, the defendants,

ANDRE D. BARBARY,
SCOTT W. BARNES,
KIM G. CARSWELL,
WILLIE J. HARTFIELD,
NATHANIEL HOLT, JR.,
ROBERT J. JACKSON,
TAMIKA L. JASPER-BARBARY,
ROBERT "BOB" LESPINASSE
and
MONICA I. LEWIS,

did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 841(b)(1)(C), it is further alleged that this violation included five (5) kilograms or more of cocaine hydrochloride, and oxycodone.

**COUNT TWO**

Beginning on or about February 1, 2010, and continuing through on or about the date of this Indictment, in Broward County, Miami-Dade County, and Palm Beach County, in the Southern District of Florida and elsewhere, the defendants,

**ANDRE D. BARBARY,**
**SCOTT W. BARNES,**
**KIM G. CARSWELL,**
**WILLIE J. HARTFIELD,**
**NATHANIEL HOLT, JR.,**
**ROBERT J. JACKSON,**
**TAMIKA L. JASPER-BARBARY,**
**ROBERT "BOB" LESPINASSE**
**and**
**MONICA I. LEWIS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to use any communication facility, that is, telephone and cellular telephone facilities, in facilitating the commission of any act

or acts constituting a felony under Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sections 843(b) and 846.

**COUNT THREE**

On or about November 30, 2011, in the Southern District of Florida, the defendant,

**TAMIKA L. JASPER-BARBARY,**

did knowingly and corruptly endeavor to influence, obstruct, and impede the due administration of justice in a Federal Grand Jury in the Southern District of Florida, by disclosing that L.B. was likely to provide information to the Grand Jury; in violation of Title 18, United States Code, Section 1503.

**CRIMINAL FORFEITURE**

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendants,

**ANDRE D. BARBARY,**
**SCOTT W. BARNES,**
**KIM G. CARSWELL,**
**WILLIE J. HARTFIELD,**
**NATHANIEL HOLT, JR.,**
**ROBERT J. JACKSON,**
**TAMIKA L. JASPER-BARBARY,**
**ROBERT "BOB" LESPINASSE**
**and**
**MONICA I. LEWIS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

A. Property constituting or derived from any proceeds the defendants obtained directly or indirectly, as the result of such violations; and

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

A. cannot be located upon the exercise of due diligence;

B. has been transferred or sold to, or deposited with, a third person;

C. has been placed beyond the jurisdiction of this Court;

D. has been substantially diminished in value; or

E. has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

[redacted]

FOREPERSON

1-12-12

DATE

ERIC HOLDER
UNITED STATES ATTORNEY GENERAL
By:

PAMELA C. MARSH
United States Attorney

DAVID L. GOLDBERG
Special Attorney to the U.S. Attorney General
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, FL 32502
Phone: (850) 444-4000
E-mail: **David.Goldberg@usdoj.gov**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.** ______________________

**vs.**

## CERTIFICATE OF TRIAL ATTORNEY*

**Andre D. Barbary et. al.**
**Defendants.**
______________________ /

**~~Superseding Case Information~~:**

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s) **Yes** _x_ ___
Number of New Defendants **Nine**
Total number of counts **Three** ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) _No_
   List language and/or dialect ______________
4. This case will take _12-15_ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | _X_ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _x_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_

If yes:
Judge: ______________ Case No. ______________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) Yes ___ No X
If yes:
Magistrate Case No. ______________
Related Miscellaneous numbers: ______________
Defendant(s) in federal custody as of ______________
Defendant(s) in state custody as of ______________
Rule 20 from the ______________ District of ______________
Is this a potential death penalty case? (Yes or No) No _X_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ No

DAVID L. GOLDBERG
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

No:

**Defendant's Name:** **ANDRE D. BARBARY**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Consp. to distribute 5 kg or more of cocaine & oxycodone | 21:846/841 | 10 years to life<br>5 years SR<br>$10 million fine |
| 2 | Consp. to use communication facility to further Count 1 | 21:846/843 | Up to 4 years<br>3 years SR<br>$250,000 fine |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# PENALTY SHEET

No:

**Defendant's Name:** **SCOTT W. BARNES**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Consp. to distribute 5 kg or more of cocaine & oxycodone | 21:846/841 | 10 years to life<br>5 years SR<br>$10 million fine |
| 2 | Consp. to use communication facility to further Count 1 | 21:846/843 | Up to 4 years<br>3 years SR<br>$250,000 fine |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

No:

**Defendant's Name:** **KIM G. CARSWELL**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Consp. to distribute 5 kg or more of cocaine & oxycodone | 21:846/841 | 10 years to life<br>5 years SR<br>$10 million fine |
| 2 | Consp. to use communication facility to further Count 1 | 21:846/843 | Up to 4 years<br>3 years SR<br>$250,000 fine |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

No:

**Defendant's Name:** **WILLIE J. HARTFIELD**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Consp. to distribute 5 kg or more of cocaine & oxycodone | 21:846/841 | 10 years to life<br>5 years SR<br>$10 million fine |
| 2 | Consp. to use communication facility to further Count 1 | 21:846/843 | Up to 4 years<br>3 years SR<br>$250,000 fine |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

No:

**Defendant's Name:** **NATHANIEL HOLT, JR.**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Consp. to distribute 5 kg or more of cocaine & oxycodone | 21:846/841 | 10 years to life<br>5 years SR<br>$10 million fine |
| 2 | Consp. to use communication facility to further Count 1 | 21:846/843 | Up to 4 years<br>3 years SR<br>$250,000 fine |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

No:

**Defendant's Name:** **ROBERT J. JACKSON**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Consp. to distribute 5 kg or more of cocaine & oxycodone | 21:846/841 | 10 years to life<br>5 years SR<br>$10 million fine |
| 2 | Consp. to use communication facility to further Count 1 | 21:846/843 | Up to 4 years<br>3 years SR<br>$250,000 fine |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

No:

**Defendant's Name:** TAMIKA L. JASPER-BARBARY

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Consp. to distribute 5 kg or more of cocaine & oxycodone | 21:846/841 | 10 years to life<br>5 years SR<br>$10 million fine |
| 2 | Consp. to use communication facility to further Count 1 | 21:846/843 | Up to 4 years<br>3 years SR<br>$250,000 fine |
| 3 | Obstruction of Justice | 18:1503 | Up to 10 years<br>3 years SR<br>$250,000 fine |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

No:

**Defendant's Name:** **ROBERT "BOB" LESPINASSE**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Consp. to distribute 5 kg or more of cocaine & oxycodone | 21:846/841 | 10 years to life<br>5 years SR<br>$10 million fine |
| 2 | Consp. to use communication facility to further Count 1 | 21:846/843 | Up to 4 years<br>3 years SR<br>$250,000 fine |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

No:

**Defendant's Name:** **MONICA I. LEWIS**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Consp. to distribute 5 kg or more of cocaine & oxycodone | 21:846/841 | 10 years to life<br>5 years SR<br>$10 million fine |
| 2 | Consp. to use communication facility to further Count 1 | 21:846/843 | Up to 4 years<br>3 years SR<br>$250,000 fine |